IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:21CR184 |
| vs. | ) | |
| | ) | ORDER |
| ADAM FREDERICK JUENEMANN | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's Motion to Continue Trial [25]. For the reasons set forth in the motion, the court finds good cause for the requested trial continuance and will grant the motion, in part. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [25] is granted, as follows:

1. The jury trial now set for April 26, 2022, is continued to **July 19, 2022.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 19, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. The request for an extension of the pretrial motion is denied, without prejudice. Should the need for a specific pretrial motion be determined, counsel may request an extension in accordance with NECrimR 12.3(a).

**DATED: March 8, 2022**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge