# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | **8:21CR184** |
| vs. | |
| **ADAM FREDERICK JUENEMANN,** | **AMENDED ORDER** |
| Defendant. | |

This matter is before the court on the parties' email motion for an extension of deadlines in the progression order (Filing No. 33). After review of the parties' motion, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that the parties' email motion for an extension of deadlines (Filing No. 37) is granted, and the order (Filing No. 33) is amended as follows:

1. On or before **August 25, 2022**, the parties shall deliver to the undersigned's chambers via email to nelson@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

2. The telephone conference scheduled for July 18, 2022, is cancelled. A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **September 1, 2022, at 1:30 p.m.** Conferencing instructions will be provided under a separate order.

Dated this 8th day of July, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge