IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ADAM FREDERICK JUENEMANN,<br><br>　　　　　　Defendant. | 8:21–CR–184<br><br>**ORDER GRANTING MOTION TO WITHDRAW** |

　　　　This matter is before the Court on a Motion to Withdraw filed by Federal Public Defender, Mr. David R. Stickman. Filing 63. The Office of the Federal Public Defender was appointed to represent Juenemann in this case pursuant to General Order No. 2023-09 in order to determine whether he qualified "for relief pursuant to either the 2023 U.S. Sentencing Guidelines amendments of U.S.S.G. § 1B1.13 or U.S.S.G. § 1B1.10 providing for the retroactive application of Amendment 821[.]" Filing 62. Neither Juenemann nor his attorney have filed any motions for relief based upon the aforementioned guideline amendments. Mr. Stickman advises the Court that after reviewing the relevant documents in Juenemann's case, he has determined that Juenemann is not entitled to any sentencing relief because "the new guidelines range under Amendment 821 is not lower than the Defendant's sentence and therefore no relief is allowed under Amendment 821." Filing 63 at 1. The Court agrees. Accordingly,

　　　　IT IS ORDERED: Mr. Stickman's Motion to Withdraw, Filing 63, is granted.

　　　　Dated this 26th day of February, 2024.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　　　United States District Judge