IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM FREDERICK JUENEMANN,<br><br>Defendant. | 8:21–CR–184<br><br>ORDER GRANTING MOTION TO WITHDRAW AND DENYING PRO SE MOTION FOR SENTENCE REDUCTION |

On February 26, 2024, this Court entered an Order concluding that Defendant Adam Frederick Juenemann was not eligible for relief under Amendment 821 to the United States Sentencing Guidelines. Filing 64. A little over a month later, however, Juenemann filed a *pro se* Motion to Reduce Sentence based upon Amendment 821. Filing 66 at 1. Although the Court had already previously granted the Federal Public Defender's Motion to Withdraw from this case, Filing 64, because General Order No. 2023-09 was filed again, the Office of the Federal Public Defender was reappointed. Filing 67. The Federal Public Defender has now moved to withdraw based on this most recent appointment for the same reasons it set forth in its initial motion to withdraw. Filing 68. Having reviewed the record, Juenemann's *pro se* Motion, and the Federal Public Defender's Motion to withdraw, the Court again concludes that Juenemann is not eligible for a reduction under Amendment 821 and that the Federal Public Defender's Motion to Withdraw should be granted for the reasons he set forth in his Motion. Accordingly,

IT IS ORDERED:

1. Juenemann's *pro se* Motion to Reduce Sentence, Filing 66, is denied; and

2. The Federal Public Defender's Motion to Withdraw, Filing 68, is granted.

Dated this 17th day of June, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge